IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| CONNIE B. HAGA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Civil Action No.: 7:22cv00218 |
| | ) |
| BODDIE-NOELL ENTERPRISES, INC. | ) |
| D/B/A HARDEE'S, | ) |
| | ) |
| Defendant. | ) |

**NOTICE OF REMOVAL**

The Defendant, Boddie-Noell Enterprises, Inc. d/b/a Hardee's ("Boddie-Noell"), by counsel, pursuant to 28 U.S.C. §§ 1441 and 1446, files this Notice of Removal to remove this action to this Court from the Circuit Court for the County of Pulaski, Virginia. In support of this Notice, the defendant states as follows:

1. Upon information and belief, plaintiff is, and was at all times relevant hereto, a resident, citizen and domiciliary of the Commonwealth of Virginia.

2. At the time this action was commenced, and at the time of removal, Boddie-Noell Enterprises, Inc., was a North Carolina corporation with its principal place of business in Rocky Mount, North Carolina.

3. The plaintiff filed a Complaint against the defendant in the Circuit Court for the County of Pulaski, Virginia. A copy of the plaintiff's Complaint is attached hereto as **Exhibit A**, pursuant to 28 U.S.C. § 1446.

4. This civil action is one over which this Court has original jurisdiction pursuant to 28 U.S.C. § 1332, and the amount in controversy alleged in the Complaint exceeds Seventy-Five

Thousand Dollars ($75,000.00) exclusive of interest and costs, and the action is between citizens of different states.

5.   The defendant has given notice of the filing of the Joint Notice of Removal to counsel for the plaintiff and have filed a copy with the Clerk of the Circuit Court for the County of Pulaski, Virginia.

WHEREFORE, Boddie-Noell Enterprises, Inc. d/b/a Hardee's, by counsel, hereby gives notice to this action and is removed to this Court from the Circuit Court for the County of Pulaski, Virginia.

Respectfully Submitted,

BODDIE-NOELL ENTERPRISES, INC. D/B/A HARDEE'S

/s/   C. Kailani Memmer
Of Counsel

C. Kailani Memmer (VSB No. 34673)
Victor S. Skaff, III (VSB No. 40054)
GLENN ROBINSON CATHEY MEMMER & SKAFF PLC
400 Salem Avenue, Suite 100
Roanoke, Virginia  24016
(540) 767-2200 Telephone
(540) 767-2220 Facsimile
kmemmer@glennrob.com
vskaff@glennrob.com

*Counsel for Defendant Boddie-Noell Enterprises, Inc. d/b/a Hardee's*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 21st day of April, 2022, a true and accurate copy of the foregoing Notice of Removal was filed with the Clerk of Court using the CM/ECF system which will electronically notify the following:

D. Stephen Haga, Jr. (VSB No. 19125)
THE HAGA LAW FIRM, PLC
27 Scattergood Drive, NW
Christiansburg, Virginia  24073
Telephone:  (540) 382-6321
Facsimile:   (540) 381-2884

*Counsel for Plaintiff*

                                            /s/   C. Kailani Memmer
                                                    Of Counsel